```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611148070
Cashier ID: buensum
Transaction Date: 03/10/2020
Payer Name: Wheels of Justice
------------------------------------
MISCELLANEOUS PAPERS
 For: Re Apple
 Case/Party: D-CAN-5-20-MC-080061-001
 Amount:         $47.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2967
 Amt Tendered: $47.00
------------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

VKD


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```