| *Attorney or Party without Attorney:*<br>GIBSON DUNN & CRUTCHER<br>JOSHUA H. LERNER (SBN 220755)<br>1881 PAGE MILL ROAD<br>PALO ALTO , CA 94304<br>  *Telephone No:* 650-849-5300<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California |
|---|
| *Plaintiff:* APPLE INC., a California corporation<br>*Defendant:* MASIMO CORPORATION, a Delaware corporation, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV20 80061MISC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the APPLE INC.'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF MOTION TO QUASH

3. a. Party served:    MASIMO AMERICAS, INC.
   b. Person served:   AHMAD QAZI, CORPORATE COUNSEL.

4. Address where the party was served:   52 DISCOVERY, EAST IRVINE, CA 92618

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Mar 11 2020 (2) at: 11:30 AM

6. **Person Who Served Papers:**
   a. Frank Harrigan (1530, Orange)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/12/2020
(Date)                                   (Signature)



PROOF OF SERVICE

4402570
(9082291)